# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

v.

**JUAN CARLOS POPOCA,**

     **Defendants.**

**CASE NO:**
**7:24-CR-34–WLS-ALS-1**

## ORDER

The Court intends to notice this case for the February 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Wednesday, November 26, 2025**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 14th day of November 2025.

                                                      **/s/W. Louis Sands**
                                                     **W. LOUIS SANDS, SR. JUDGE**
                                                     **UNITED STATES DISTRICT COURT**